IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| The SCO GROUP, INC., et al.,[1] | ) | Case No. 07-11337 (KG) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**NOTICE OF COMMENCEMENT OF CHAPTER 11 BANKRUPTCY CASES, MEETING OF CREDITORS AND FIXING OF CERTAIN DATES**

On September 14, 2007 the above-captioned debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§101 through 1330 (the "Bankruptcy Code"). The Debtors, and their respective addresses, case numbers and federal tax identification numbers, are as follows:

| DEBTOR (Other names, if any, used by the Debtor in the last 6 years appear in brackets) ** | ADDRESS | CASE NO. | EID # |
|---|---|---|---|
| The SCO Group, Inc. | 355 South 520 West Lindon, UT 84042 | 07-11337 | 87-0662823 |
| SCO Operations, Inc. | 355 South 520 West Lindon, UT 84042 | 07-11338 | 97-0617393 |

<u>DATE, TIME AND LOCATION OF MEETING OF CREDITORS</u>.  **October 18, 2007 at 10:00 a.m. prevailing Eastern time, J. Caleb Boggs Federal Courthouse, 844 King Street, 2nd Floor, Room 2112, Wilmington, Delaware 19801.**

<u>DEADLINE TO FILE A PROOF OF CLAIM</u>.  Notice of a deadline will be sent at a later time.

<u>NAME, ADDRESS AND TELEPHONE NUMBER OF TRUSTEE</u>.  None appointed to date.

<u>COUNSEL FOR THE DEBTORS</u>:

PACHULSKI STANG ZIEHL & JONES LLP
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Rachel Lowy Werkheiser (Bar No. 3753)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier No. 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

BERGER SINGERMAN, P.A.
Paul Steven Singerman
Arthur J. Spector
Grace E. Robson
200 South Biscayne Blvd., Suite 1000
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
and
350 E. Las Olas Boulevard, Suite 1000
Fort Lauderdale, FL 33301
Telephone: (954) 525-9900
Facsimile: (954) 523-2872

---

[1] The Debtors and the last four digits of each of the Debtors' federal tax identification numbers are as follows: (a) The SCO Group, Inc., a Delaware corporation, Fed. Tax Id. #2823; and (b) SCO Operations, Inc., a Delaware corporation, Fed. Tax ID. #7393.

77477-001\DOCS_DE:131179.1

COMMENCEMENT OF CASES. Petitions for reorganization under chapter 11 of the Bankruptcy Code have been filed in this Court by the Debtors listed above, and orders for relief have been entered. You will not receive notice of all documents filed in these cases. All documents filed with the Court, including lists of the Debtors' property and debts, are available for inspection at the Office of the Clerk of the Bankruptcy Court. In addition, such documents may be available at www.deb.uscourts.gov. Certain documents are also available on the web site of the Debtors' claims agent, Epiq Bankruptcy Solutions, LLC, at http://chapter11.epiqsystems.com/SCO.

PURPOSE OF CHAPTER 11 FILING. Chapter 11 of the Bankruptcy Code enables a debtor to reorganize and/or liquidate pursuant to a plan. A plan is not effective unless approved by the Court at a confirmation hearing. Creditors will be given notice concerning any plan, or in the event the case is dismissed or converted to another chapter of the Bankruptcy Code. The Debtors will remain in possession of their property and will continue to operate any business unless a trustee is appointed.

CREDITORS MAY NOT TAKE CERTAIN ACTIONS. A creditor is anyone to whom a debtor owes money or property. Under the Bankruptcy Code, a debtor is granted certain protection against creditors. Common examples of prohibited actions by creditors are contacting a debtor to demand repayment, taking action against a debtor to collect money owed to creditors or to take property of a debtor, and starting or continuing foreclosure actions or repossessions. If unauthorized actions are taken by a creditor against a debtor, the Court may penalize that creditor. A creditor who is considering taking action against a debtor or the property of a debtor should review § 362 of the Bankruptcy Code and may wish to seek legal advice. <u>The staff of the Clerk of the Bankruptcy Court are not permitted to give legal advice.</u>

MEETING OF CREDITORS. The Debtors' representative, as specified in Rule 9001(5) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), is required to appear at the meeting of creditors on the date and at the place set forth above for the purpose of being examined under oath. Attendance by creditors at the meeting is welcomed, but not required. At the meeting, the creditors may examine the Debtors and transact such other business as may properly come before the meeting. The meeting may be continued or adjourned from time to time by notice at the meeting, without further written notice to the creditors.

CLAIMS. Schedules of creditors will be filed pursuant to Bankruptcy Rule 1007. Any creditor holding a scheduled claim which is not listed as disputed, contingent, or unliquidated as to amount may, but is not required to, file a proof of claim in these cases. Creditors whose claims are not scheduled or whose claims are listed as disputed, contingent, or unliquidated as to amount and who desire to participate in the cases or share in any distribution must file their proofs of claim. A creditor who desires to rely on the schedule of creditors has the responsibility for determining that the claim is listed accurately. **Separate notice of the deadlines to file proofs of claim and proof of claim forms will be provided to the Debtors' known creditors.** Proof of claim forms also are available in the clerk's office of any bankruptcy court. Proof of claim forms are also available from the Court's web site at www.deb.uscourts.gov. Epiq Bankruptcy Solutions, LLC is the claims agent in these cases and can provide a proof of claim form if you cannot obtain one from your local bankruptcy court. Epiq Bankruptcy Solutions, LLC can be reached through their web site at http://chapter11.epiqsystems.com/SCO or by first class, hand delivery or overnight mail as follows:

| **By First-Class Mail:** | **By Hand-Delivery or Overnight Mail:** |
|---|---|
| The SCO Group, Inc. Claims Processing Center | Epiq Bankruptcy Solutions, LLC |
| c/o Epiq Bankruptcy Solutions, LLC | Attn: The SCO Group, Inc. Claims Processing Center |
| FDR Station, P.O. Box 5012 | 757 Third Avenue, 3rd Floor |
| New York, NY 10150-5012 | New York, NY 10017 |

DISCHARGE OF DEBTS. Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, expect as provided in the plan.

For the Court:    /s/ David D. Bird                             Dated: September 25, 2007

77477-001\DOCS_DE:131179.1