# United States Bankruptcy Court

## District Of Delaware

In re: **The SCO Group, Inc.,**  Case No. **07-11337**

Court ID (Court use only)_____

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| _____LNS LLC_____ | _____Microsoft Licensing, Inc._____ |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
LNS LLC
145 W. 58th St. #6L
New York, New York  10019

Phone: 212-300-1337
Last Four Digits of Acct #: _____

Court Claim # (if known): see Schedule F
Amount of Claim: $158,954.75
Date Claim Filed: N.A.

Phone: 425-703-9217
Last Four Digits of Acct #: MIC140

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____  Date: July 20, 2009
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## ASSIGNMENT OF CLAIM

Microsoft Licensing, Inc. having a mailing address at 6100 Neil Road, Suite 210, Reno, NV 89511 ("**Assignor**"), in consideration of the sum of          (the "**Purchase Price**"), does hereby transfer to LNS LLC, having an address at 145 W. 58th St #6L, New York, NY 10019 ("**Assignee**"), all of Assignor's right, title and interest in and to the claim or claims of Assignor, as more specifically set forth below (the "**Claim**") against SCO Operations Inc., Case No 07-11337 ("**Debtor**"), Debtor in proceedings for reorganization (the "**Proceedings**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**"), jointly administered under the SCO Group Inc., Case No 07-11337 in the currently outstanding amount of approximately $158,954.75, and all rights and benefits of Assignor relating to the Claim, including Assignor's rights to receive all interest, penalties and fees, if any, which may be paid with respect to the Claim and all other claims, causes of action against the Debtor, its affiliates, any guarantor or other third party, together with voting and other rights and benefits arising from, under or relating to any of the foregoing, and all cash, securities, instruments and other property which may be paid or issued by Debtor in satisfaction of the Claim. The Claim is based on amounts owed to Assignor by Debtor and this assignment shall be deemed an absolute and unconditional assignment of the Claim for the purpose of collection and shall not be deemed to create a security interest. Assignee shall be deemed the owner of the Claim subject to the terms of this Agreement and shall be entitled to identify itself as owner of such Proof of Claim on the records of the Court.

This Assignment of Claim may be executed in counterparts (including by facsimile and electronic transmission) and all such counterparts taken together shall be deemed to constitute a single agreement.

NYCLIB01/NYHFH/155761.4

This Assignment of Claim shall be governed by and construed in accordance with the laws of the State of New York.

IN WITNESS WHEREOF, the undersigned Assignor hereunto sets its hand this 15th day of July, 2009.

ATTEST:

MICROSOFT LICENSING, INC.

By: _____  425·703·9217
    Signature               Telephone #

David Kaefer _____  davidkae@microsoft.com
Print Name/Title   Fax #           E-mail

IN WITNESS WHEREOF, the undersigned Assignee hereunto sets its hand this 15th day of July, 2009

LNS LLC

By: __   _____