**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| The SCO GROUP, INC., *et al.*, [1] | : | Case No. 07-11337 (KG) |
| | : | (Jointly Administered) |
| Debtors. | : | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MARCH 15, 2010 AT 9:00 A.M.**

**I.   UNCONTESTED MATTERS:**

1. Motion of the Chapter 11 Trustee for Order Under 11 U.S.C. §§ 105(a), 363, and 365 and Fed. R. Bankr. P. 2002, 6004, 6006 and 9014 (A) Approving the Sale of Mobility Business Free and Clear of All Liens, Claims, Interests and Encumbrances Pursuant to 11 U.S.C. § 363, (B) Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts in Connection Therewith, and (C) Granting Related Relief [Dkt. No. 1066; filed 2/26/10]

    Objection deadline: March 11, 2010 at 4:00 p.m.

    Objections/Responses Received: None to date

    Related Documents:

    i.   Motion of Chapter 11 Trustee to Shorten Notice and Response to Trustee's Motion for Oder Under 11 U.S.C. §§ 105(a), 363, and 365 and Fed. R. Bankr. P. 2002, 6004, 6006 and 9014 (A) Approving the Sale of Mobility Business Free and Clear of All Liens, Claims, Interests and Encumbrances Pursuant to 11 U.S.C. § 363, (B) Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts in Connection Therewith, and (C) Granting Related Relief [Dkt. No. 1067, filed 2/26/10]

    ii.  Order Granting Motion of Chapter 11 Trustee to Shorten Notice and Response to Trustee's Motion for Oder Under 11 U.S.C. §§ 105(a), 363, and 365 and Fed. R. Bankr. P. 2002, 6004, 6006 and 9014 (A) Approving the Sale of Mobility Business Free and Clear of All Liens, Claims, Interests and Encumbrances Pursuant to 11 U.S.C. § 363, (B) Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts in Connection Therewith, and (C) Granting Related Relief [Dkt. No. 1072, filed 3/1/10]

---

[1] The Debtors and the last four digits of each of the Debtors' federal tax identification numbers are as follows: (a) The SCO Group, Inc., a Delaware corporation, Fed. Tax Id. #2823; and (b) SCO Operations, Inc., a Delaware corporation, Fed. Tax Id. #7393.

133091.01600/40187010v.1

iii. Re-Notice of Motion of the Chapter 11 Trustee for Order Under 11 U.S.C. §§ 105(a), 363, and 365 and Fed. R. Bankr. P. 2002, 6004, 6006 and 9014 (A) Approving the Sale of Mobility Business Free and Clear of All Liens, Claims, Interests and Encumbrances Pursuant to 11 U.S.C. § 363, (B) Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts in Connection Therewith, and (C) Granting Related Relief [Dkt. No. 1075; filed 3/3/10]

Status: The hearing on this matter will go forward.

Dated: March 11, 2010     **BLANK ROME LLP**

*/s/ Bonnie Glantz Fatell*
Bonnie Glantz Fatell (DE No. 3809)
1201 N. Market Street, Suite 800
Wilmington, DE 19801
(302) 425-6400

Counsel to Edward N. Cahn, Chapter 11 Trustee for The SCO Group, Inc., et al.

2

133091.01600/40187010v.1