IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| The SCO GROUP, INC., *et al.*,[1] | : | Case No. 07-11337 (KG) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | Re: Docket No. 1066 |
| | | |
| | | Hearing Date: 4/7/2010 at 3:00 p.m. (ET) |
| | | Objection Deadline: 3/31/2010 at 4:00 p.m. (ET) |

**<u>AMENDED</u> NOTICE OF MOTION OF THE CHAPTER 11 TRUSTEE FOR ORDER UNDER 11 U.S.C. §§ 105(a), 363, AND 365 AND FED. R. BANKR. P. 2002, 6004, 6006 AND 9014 (A) APPROVING THE SALE OF MOBILITY BUSINESS FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. § 363, (B) AUTHORIZING AND APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS IN CONNECTION THEREWITH, AND (C) GRANTING RELATED RELIEF**

TO:   Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

PLEASE TAKE NOTICE that on February 26, 2010, Edward N. Cahn, Chapter 11 Trustee for the above-captioned debtors (collectively, the "<u>Debtors</u>"), filed the **MOTION OF THE CHAPTER 11 TRUSTEE FOR ORDER UNDER 11 U.S.C. §§ 105(a), 363, AND 365 AND FED. R. BANKR. P. 2002, 6004, 6006 AND 9014 (A) APPROVING THE SALE OF MOBILITY BUSINESS FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. § 363, (B) AUTHORIZING AND APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS IN CONNECTION THEREWITH, AND (C) GRANTING RELATED RELIEF** (Dkt. No. 1066) (the "<u>Motion</u>") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "<u>Bankruptcy Court</u>"). In connection with the hearing on the Motion, please note that the following dates have changed:

*<u>Objection Deadline</u>*: **March 31, 2010 at 4:00 p.m. (ET)**. Any responses or objections to the Motion must be filed with the Bankruptcy Court in accordance with the local rules and served upon the undersigned counsel on or before March 31, 2010 at 4:00 p.m. (ET).

---

[1] The Debtors and the last four digits of each of the Debtors' federal tax identification numbers are as follows: (a) The SCO Group, Inc., a Delaware corporation, Fed. Tax Id. #2823; and (b) SCO Operations, Inc., a Delaware corporation, Fed. Tax Id. #7393.

*Competing Offer Deadline*: **March 31, 2010 at 4:00 p.m. (ET)**. Any party wishing to submit a competing offer for the Mobility Business must submit a non-contingent offer, marked APA to show any revisions, and evidence of financial wherewithal to close on the transaction on or before March 31, 2010 at 4:00 p.m. (ET) to: (i) The SCO Group, Inc., 333 South 520 West, Suite. 170, Lindon, Utah 84042, Attn: Ryan Tibbitts; (ii) Blank Rome LLP, 1201 N. Market Street, Suite 800, Wilmington, DE 19801, Attn: Bonnie Glantz Fatell, Esq.; (iii) Ocean Park Advisors, LLP, 6033 West Century Blvd. Suite 1290, Los Angeles, CA 90045, Attn: Mark Fisler.

IF NO OBJECTIONS ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

*New Hearing Date:* **April 7, 2010 at 3:00 p.m. (ET).**

IN THE EVENT THAT ANY OBJECTION OR RESPONSE IS FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, A HEARING ON THE MOTION WILL BE HELD BEFORE THE HONORABLE KEVIN GROSS AT THE BANKRUPTCY COURT ON **APRIL 7, 2010 AT 3:00 P.M**. **(EST).**

Dated: March 12, 2010
Wilmington, Delaware

Respectfully submitted,

**BLANK ROME LLP**

/s/ Bonnie Glantz Fatell
Bonnie Glantz Fatell (No. 3809)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

Counsel for Edward N. Cahn, Chapter 11 Trustee