# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| The SCO GROUP, INC., *et al.*, [1] | : | Case No. 07-11337 (KG) |
| | : | (Jointly Administered) |
| Debtors. | : | |

## NOTICE OF RESCHEDULED OMNIBUS HEARING

**PLEASE TAKE NOTICE** that the omnibus hearing scheduled for February 16, 2011 at

2:30 p.m. in the above-captioned Chapter 11 cases has been rescheduled for **March 2, 2011 at**

**2:00 p.m.** (Eastern Time) with permission of the Court.

Dated: February 15, 2011                      **BLANK ROME LLP**

*/s/ Stanley B. Tarr*
Bonnie Glantz Fatell (DE No. 3809)
Stanley B. Tarr (DE No. 5535)
1201 N. Market Street, Suite 800
Wilmington, DE 19801
(302) 425-6400

Counsel to Edward N. Cahn, Chapter 11 Trustee for
The SCO Group, Inc., et al.

---

[1] The Debtors and the last four digits of each of the Debtors' federal tax identification numbers are as follows: (a) The SCO Group, Inc., a Delaware corporation, Fed. Tax Id. #2823; and (b) SCO Operations, Inc., a Delaware corporation, Fed. Tax Id. #7393.