**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| TSG GROUP, INC., *et al.*, | Case No. 07-11337 (BLS) |
| Debtors. | Re D.I. 1560 |

**CHAPTER 7 TRUSTEE'S RESPONSE TO**
**UNITED STATES TRUSTEE'S MOTION TO COMPEL**
**CHAPTER 7 TRUSTEE TO FILE INTERIM REPORTS AND FINAL REPORT**

The Chapter 7 Trustee understands that TIRs[1] must be submitted no later than thirty days after the end of a given reporting period in accordance with the United States Trustee Program's *General Instructions for Interim Reports* and will make sure those guidelines are timely met going forward. The Chapter 7 Trustee has now submitted all past due TIRs and will address any and all deficiencies noted by the U.S. Trustee (after his review) in advance of the scheduled hearing on the U.S. Trustee's Motion. Separately, there remains a material impediment to filing a TFR, which the Trustee will work to resolve in good faith with the U.S. Trustee prior to the scheduled hearing. Accordingly, the Chapter 7 Trustee intends to file a status report with this Court prior to such hearing, but after the U.S. Trustee's review of the submitted TIRs, a curing of deficiencies, if any, and discussions concerning resolution of any impediment to filing the TFR. Accordingly, the Chapter 7 Trustee submits that no order compelling the filing of the TIRs and TFR is necessary or appropriate.

---

[1] All capitalized terms used but not otherwise defined herein shall have the meaning ascribed such terms in the *Motion of United States Trustee to Compel Chapter 7 Trustee to File Interim Reports and Final Report* [D.I. 1560] ("U.S. Trustee's Motion").

Dated: March 26, 2024  
       Wilmington, DE

**BLANK ROME LLP**

By: /s/ Stanley B. Tarr  
Stanley B. Tarr (No. 5535)  
1201 N. Market Street, Suite 800  
Wilmington, DE 19801  
Tel: (302) 425-6400  
Email: stanley.tarr@blankrome.com